RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
411 E. Bonneville Avenue, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Attorney for **JUAN GOMEZ-SANDOVAL**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN GOMEZ-SANDOVAL,<br><br>Defendant. | 2:11-cr-109-LDG-RJJ<br><br>**MOTION TO WITHDRAW WITHOUT PREJUDICE THE MOTION FOR INFORMATON PERTAINING TO EDILBERTO OJEDA (CR# 27) AND THE SUPPLEMENTAL MOTION FOR INFORMATION PERTAINING TO EDILBERTO OJEDA (CR#28)** |

COMES NOW the defendant, JUAN GOMEZ-SANDOVAL, by and through his counsel of record, RAQUEL LAZO, Assistant Federal Public Defender, who files this Motion to Withdraw Motion for Information Pertaining to Edilberto Ojeda (CR#27) and the Supplemental Motion For Information Pertaining To Edilberto Ojeda (CR#28). This motion is based upon the attached Memorandum of Points and Authorities and all of the papers and pleadings on file herein.

DATED this 11th day of August, 2011.

RENE L. VALLADARES
Federal Public Defender

 */s/ Raquel Lazo*
By_____
RAQUEL LAZO,
Assistant Federal Public Defender

1

## MEMORANDUM OF POINTS AND AUTHORITIES

### FACTUAL BACKGROUND

On July 1, 2011, undersigned counsel filed a Motion for Information Pertaining to Edilberto Ojeda (CR#27). On July 7, 2011, undersigned counsel filed a Supplemental Motion For Information Pertaining To Edilberto Ojeda (CR#28). The parties have come to an informal resolution of this matter and negotiated the case rendering the motion and supplement unnecessary. Mr. Gomez, through his attorney of record, Raquel Lazo, hereby respectfully requests that this court withdraw without prejudice his Motion for Information Pertaining to Edilberto Ojeda and the Supplemental Motion For Information Pertaining To Edilberto Ojeda

Respectfully submitted,

*/s/ Raquel Lazo*
By:_____
RAQUEL LAZO
Assistant Federal Public Defender

IT IS SO ORDERED. MOTIONS (#27 & #28) ARE WITHDRAWN FROM CONSIDERATION BY THE COURT.

_____
UNITED STATES MAGISTRATE JUDGE
DATE: AUGUST 8, 2011

2